## William Fitzgerald v. Frederick Hager, Adm'r of Theodore Karls.

1.  APPELLATE COURT PRACTICE—*Instructions not Shown by the Record.*—Where the instructions given to the jury are not shown by the record, the only question to be determined is whether the evidence warrants the verdict.

Assumpsit, for professional services.    Appeal from the Superior Court of Cook County; the Hon. PHILIP STEIN, Judge, presiding.    Heard in this court at the March term, 1896.   Affirmed.   Opinion filed June 1, 1896.

W. P. BLACK, attorney for appellant.

DOOLITTLE, TOLMAN & POLLASKY, attorneys for appellee.

MR. PRESIDING JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The appellee is administrator of Theodore Karls, late an architect in Chicago, who commenced this suit in his life-

time to recover for professional services alleged to have been
rendered by him to the appellant. The evidence was con-
flicting; by consent the court instructed the jury orally; how
is not shown; and therefore the only question that could be
in the case is whether the evidence warrants the verdict.

The most deliberate and solemn piece of evidence in the
case, is an extract from a bill in chancery, filed and sworn
to by the appellant, which accords with the verdict, and it
is impossible for this court to say that the jury ought not
to have believed it.

The judgment is affirmed.